IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GALINDO, | 1:12-cv-01613-AWI-SKO (PC) |
| Plaintiff, | ORDER DISREGARDING REQUEST FOR JUDICIAL NOTICE AND GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| MATTHEW CATE, | |
| Defendants. | (Docs. 9 and 10) |
| | 60-DAY DEADLINE |

On May 2, 2013, Plaintiff filed a request for judicial notice and a separate motion seeking an extension of time to file objections to the findings and recommendations filed on March 28, 2013. It is unnecessary for Plaintiff to seek judicial notice, and the Court may only take judicial notice of facts "generally known within the trial court's territorial jurisdiction" or which "can be accurately and readily be determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(a). Therefore, Plaintiff's request for judicial notice is HEREBY DISREGARDED.

However, good cause having been shown, Plaintiff's motion for an extension of time is GRANTED. Plaintiff shall file his objections within **sixty (60) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   May 6, 2013                      /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE