# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GALINDO,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants.<br>_____/ | Case No.  1:12-cv-01613-AWI-SKO PC<br><br>Kern County Superior Court<br>Case No. S-1500-CV-27622 DRL<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING FEDERAL CLAIMS, WITH PREJUDICE, AND REMANDING ACTION TO KERN COUNTY SUPERIOR COURT<br><br>(Docs. 1 and 8) |

Plaintiff Jesus Galindo is a state prisoner proceeding pro se in this civil action. Plaintiff, who was incarcerated at California Correctional Institution in Tehachapi, filed suit on May 23, 2012, in Kern County Superior Court alleging claims for negligence under California law and violation of his rights under the Eighth Amendment of the United States Constitution. Defendant Matthew Cate removed this action from Kern County Superior Court on October 1, 2012.  28 U.S.C. § 1441(b).

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On March 28, 2013, the Magistrate Judge screened Plaintiff's complaint and issued findings and recommendations recommending Plaintiff's federal claims be dismissed, with prejudice, as barred by the doctrine of res judicata, and the action be remanded to Kern County Superior Court.  On July 22, 2013, after obtaining an extension of time, Plaintiff filed what shall be construed as objections to the findings and recommendations.  Defendant did not file a response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Plaintiff's objection that he clarified several of the facts in this action regarding his dental care is unpersuasive. Plaintiff previously litigated his Eighth Amendment claim arising out of the dental treatment he was provided between April 2010 and June 2010, and the claim was dismissed with prejudice. Therefore, Plaintiff is barred from relitigating the claim. *Headwaters, Inc. v. U.S. Forest Serv.*, 399 F.3d 1047, 1051-52 (9th Cir. 2005).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on March 28, 2013, is adopted in full;
2. Plaintiff's federal claims arising out of the dental care he received between April and June 2010 are dismissed, with prejudice, as barred by the doctrine of res judicata; and
3. This action is remanded to Kern County Superior Court for further proceedings on Plaintiff's state law claims.

IT IS SO ORDERED.

Dated:   October 22, 2013                                    _____
                                                                                  SENIOR DISTRICT JUDGE